UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER SOLIS, | No. 2:14-CV-0686-KJM-DAD |
| Plaintiff, | |
| v. | <u>ORDER TO SHOW CAUSE</u> |
| TARGET CORPORATION, | |
| Defendant. | |

     On April 23, 2015, upon granting plaintiff's counsel's motion to withdraw, the court allowed plaintiff 30 days to either hire new counsel or indicate his intent to proceed pro se. ECF No. 20.  On May 26, 2015, plaintiff requested additional time to find new representation, ECF No. 22, which this court granted by minute order on June 8, 2015, ECF No. 24 (allowing plaintiff until June 30, 2015 to either retain new counsel or indicate an intent to proceed pro se). Plaintiff has not yet indicated he has found new representation, intends to proceed pro se, or requested an additional extension.  Plaintiff is ordered or show cause why this case should not be dismissed.

     It is hereby ORDERED that:

1. Plaintiff, within fourteen (14) days of entry of this order, shall show cause why this case should not be dismissed for failure to prosecute;

/////

1

2. The dates set in the August 7, 2014 Scheduling Order are vacated and this case is STAYED pending plaintiff's response to this order; and

3. Defendant's June 29, 2016 Ex Parte Application to Modify Scheduling Order (ECF No. 25) is DENIED as moot.

DATED: July 14, 2015.

_____
UNITED STATES DISTRICT JUDGE