UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER SOLIS, | No. 2:14-CV-0686-KJM-DAD |
| Plaintiff, | |
| v. | ORDER |
| TARGET CORPORATION, | |
| Defendant. | |

A status conference was held in this case on **September 17, 2015**. Javier Solis appeared pro se; Courtney Bohl appeared for the defendant. Having discussed a schedule for the case with plaintiff and defendant's counsel at the hearing, the court makes the following orders:

1. Plaintiff is referred to Jonathan Crouch, Administrative Assistant to Sujean Park with the court's ADR & Pro Bono Program, for possible pro bono representation.[1]
2. The stay on this case will be lifted on **October 29, 2015** whether or not the plaintiff has retained or been appointed counsel.

---

[1] Mr. Crouch has informed the court his program currently has 10 cases awaiting appointment of counsel. His program will address the court's request as it can but there is no guarantee counsel will be located for Mr. Solis within 30 days.

1

3. The next status conference is set on **December 10, 2015**, at 2:30 p.m. in Courtroom Three before the Honorable Kimberly J. Mueller.

4. No settlement conference currently is scheduled.

IT IS SO ORDERED.

DATED: September 23, 2015.

_____
UNITED STATES DISTRICT JUDGE