1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT
9                          EASTERN DISTRICT OF CALIFORNIA
10

11    JAVIER SOLIS,                          No.  2:14-CV-0686 KJM AC (PS)

12              Plaintiff,

13        v.                                 **ORDER**

14    TARGET CORPORATION,

15              Defendant.

16

17          The plaintiff in this matter is now appearing in propria persona.  Under Local Rule

18    302(c)(21) this matter is REFERRED to Magistrate Judge Allison Claire for all pretrial

19    scheduling and proceedings.

20          IT IS ORDERED that any hearing dates currently set, and any initial scheduling

21    orders issued, by the undersigned are VACATED.  Any pending requests shall be referred to the

22    magistrate judge.

23          IT IS FURTHER ORDERED that all future documents filed in the above-

24    captioned case shall reference the following case number: 2:14-CV-0686 KJM AC (PS). The

25    Clerk shall issue an Initial Scheduling Order for Magistrate Judge Claire.

26          IT IS SO ORDERED.

27    DATED:  January 7, 2016.

28                                           _____
                                             UNITED STATES DISTRICT JUDGE

                                             1