UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER SOLIS, | No. 2:14-cv-0686 KJM AC PS (TEMP) |
| Plaintiff, | |
| v. | ORDER |
| TARGET CORPORATION, | |
| Defendant. | |

This matter was referred to the undersigned pursuant to Local Rule 302(c)(21) on January 8, 2016, because plaintiff Javier Solis was proceeding pro se. ECF No. 49. However, on January 28, 2016, attorney Jill Telfer substituted in as counsel for plaintiff in this action. ECF No. 52.

Because the plaintiff is no longer proceeding pro se, Local Rule 302(c)(21) no longer applies. Accordingly, the case will be referred back to the assigned District Judge. All pretrial motions, other than discovery motions, should now be noticed for hearing before the District Judge assigned to this action. The assigned Magistrate Judge shall continue to perform all duties described in Local Rule 302(c)(1)-(20).

/////
/////
/////
/////

Accordingly, IT IS HEREBY ORDERED that:

1. This matter is referred back to the District Judge assigned to this action pursuant to Local Rule 302(c)(21); and

2. All dates pending before the undersigned are vacated.

DATED: January 29, 2016

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE