UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER SOLIS, | No. 2:14-cv-0686 KJM AC PS (TEMP) |
| Plaintiff, | |
| v. | ORDER |
| TARGET CORPORATION, | |
| Defendant. | |

On April 19, 2016, defendant filed an ex parte application for an order shortening time to hear defendant's motion for a protective order on April 27, 2016. ECF No. 70. According to defendant's ex parte application, the deposition of non-party witness Mark Baker is set for April 29, 2016. Defendant seeks an order moving Mark Baker's deposition to a date after plaintiff's deposition, which is currently set for May 4, 2016. The undersigned, however, is not available to hear defendant's motion on April 27, 2016, and does not have an available law and motion calendar until May 4, 2016.

Accordingly, IT IS HEREBY ORDERED that defendant's April 19, 2016 ex parte application (ECF No. 70) is denied.

DATED: April 25, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE