SEYFARTH SHAW LLP
Laura J. Maechtlen (SBN 224923)
E-mail: lmaechtlen@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

SEYFARTH SHAW LLP
Enedina S. Cardenas (SBN 276856)
ecardenas@seyfarth.com
400 Capitol Mall, Suite 2350
Sacramento, California 95814-4428
Telephone: (916) 448-0159
Facsimile: (916) 558-4839

Attorneys for Defendant
TARGET CORPORATION

JILL P. TELFER (SBN 145450)
LAW OFFICES OF JILL P. TELFER
*A Professional Corporation*
331 J Street, Suite 200
Sacramento, California 95814
Telephone: (916) 446-1916
Facsimile: (916) 446-1726
jtelfer@telferlaw.com

Attorneys for Plaintiff
JAVIER SOLIS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER SOLIS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TARGET CORPORATION and DOES 1 through 20, inclusive,<br><br>　　　　　Defendant. | Case No. 2:14-CV-00686-KJM-AC<br><br>**STIPULATION AND ORDER RE: THE FAMILY MEDICAL LEAVE ACT CLAIM 29 U.S.C. § 2615(a)** |

///

///

///

---

STIPULATION AND ORDER RE: FMLA
CLAIM 29 U.S.C § 2615(A)　　　　　　　　　　　　　　　　Case No. 2:14-cv-00686-KJM-AC
27125959v.1

1

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff **JAVIER SOLIS** and Defendant **TARGET CORPORATION**, by and through their respective counsel, that Plaintiff agrees to dismiss the 7th claim for Violation of the Family Medical Leave Act [ 24 U.S.C. 2615(a)] with prejudice against Target for a waiver of fees and costs as to this claim only.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

| | |
|---|---|
| 5/26/2016 | */s/ Jill P. Telfer* |
| Date | Jill P. Telfer<br>Attorney for Plaintiff<br>JAVIER SOLIS |
| 5/26/2016 | */s/ Enedina Cardenas* |
| Date | Enedina Cardenas<br>Laura J. Maetchlen<br>Attorneys for Defendants<br>TARGET CORPORATION |

## I.   ORDER

Pursuant to the Stipulation of the parties and for good cause appearing therefore, IT IS SO ORDERED.

DATED:  June 2, 2016

_____
UNITED STATES DISTRICT JUDGE