1  SEYFARTH SHAW LLP
   Laura J. Maechtlen (SBN 224923)
2  lmaechtlen@seyfarth.com
   560 Mission Street, 31st Floor
3  San Francisco, California 94105
   Telephone:    (415) 397-2823
4  Facsimile:    (415) 397-8549

5  SEYFARTH SHAW LLP
   Enedina S. Cardenas (SBN 276856)
6  ecardenas@seyfarth.com
   400 Capitol Mall, Suite 2350
7  Sacramento, California
   Telephone:    (916) 448-0159
8  Facsimile:    (916) 558-4839

9  Attorneys for Defendant
   TARGET CORPORATION
10
   LAW OFFICES OF JILL P. TELFER
11 Jill P. Telfer (SBN 145450)
   jtelfer@telferlaw.com
12 331 J Street, Suite 200
   Sacramento, California 95814
13 Telephone:    (916) 446-1916
   Facsimile:    (916) 446-1726
14
   Attorneys for Plaintiff
15 JAVIER SOLIS

16

17                    UNITED STATES DISTRICT COURT

18                    EASTERN DISTRICT OF CALIFORNIA

19

20 | JAVIER SOLIS,                              | No. 2:14-cv-00686-KJM-DB

21 |         Plaintiff,                         | **STIPULATION AND ORDER SHORTENING TIME TO HEAR DEFENDANT TARGET CORPORATION'S NOTICE OF MOTION AND MOTION FOR PROTECTIVE ORDER TO PRECLUDE DEPOSITION OF JESSICA KLOCKE-WILLIAMS, FORMER SENIOR PARALEGAL FOR TARGET**

22 |         v.

23 | TARGET CORPORATION, a corporation; and
   | DOES 1-100 inclusive,
24
   |         Defendants.
25

26

27 /////

28

**STIPULATION**

The parties Plaintiff Javier Solis and Defendant Target Corporation, by and through their respective counsel hereby stipulate, pursuant to Local Rule 6-144(e), as follows:

1. On September 23, 2016, Defendant filed its Notice of Motion and Motion for Protective Order to preclude the deposition of Jessica Klocke-Williams, formerly Target's Senior Paralegal. Pursuant to Local Rule 251(a), Defendant selected October 14, 2016 as the hearing date.

2. On September 28, 2016, the Court issued an order advising it is unavailable to hear Defendant's motion on October 14, 2016.

3. Good cause exists to hear the matter on shortened notice because the deposition of Ms. Klocke-Williams is noticed for October 16, 2016 in Minneapolis, Minnesota.  It is Defendant's position that the deposition is improper because it seeks information and documents protected from disclosure by the attorney-client privilege and/or the work product doctrine.  However, Plaintiff believes that Ms. Klocke-Williams was not a paralegal, and that she possesses discoverable percipient witness information and information regarding Target's reasonable accommodation policy and its implementation that no one at the Distribution Center level possesses.  Before the parties prepare for and make travel arrangements for the deposition, Defendant seeks an order from the court determining the propriety of this deposition.

4. Should the deposition go forward, Defendant will also request guidance from the court as to the relevant scope of questioning and a mechanism, such as an opportunity to dial the Court for guidance during the deposition if the need arises, so as to prevent the disclosure of privileged information or to prevent the need to reconvene the deposition at a later date.  Such a mechanism will save costs and will assist in discovery matters being resolved prior to the approaching discovery cut-off date of November 15, 2016.

5. The parties stipulate to an order shortening time for this court to hear Defendant's motion on October 7, 2016, at 10:00 a.m.

6. The parties further stipulate that their joint statement regarding discovery dispute and supporting documents will be filed by October 4, 2016.

7. Should the court be unable to hear the matter on October 7, 2016, the parties agree that Ms. Klocke-Williams' deposition will be continued to a mutually-agreeable date in October, 2016 after the court has issued a ruling on Defendant's motion sufficiently prior to the Discovery Cut-off date so if a further dispute arises it may be resolved.

DATED: September 29, 2016                SEYFARTH SHAW LLP


By: /s/Enedina S. Cardenas
    Laura J. Maechtlen
    Enedina S. Cardenas

Attorneys for Defendant
TARGET CORPORATION

DATED: September 29, 2016                LAW OFFICES OF JILL TELFER


By: /s/Jill Telfer (with permission)
    Jill Telfer

Attorney for Plaintiff
JAVIER SOLIS

# ORDER

IT IS ORDERED THAT Defendant Target Corporation's Motion for Protective Order entitled "Motion for Protective Order to Preclude the Deposition of Jessica Klocke-Williams, Formerly Target's Senior Paralegal," (Dkt. No. 88), shall be heard on **October 7, 2016**, in Courtroom 27 at **10:00 a.m.** The parties' joint statement regarding discovery dispute and supporting documents will be filed by **October 3, 2016**.

Dated:  September 29, 2016

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DLB1\orders.civil\solis0686.stip.short.time.ord