UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER SOLIS,<br><br>    Plaintiff,<br><br>    v.<br><br>TARGET CORPORATION, a corporation and DOES 1-100, inclusive, et al.,<br><br>    Defendants. | No. 2:14-cv-0686 KJM DB<br><br><br>ORDER |

On October 7, 2016, this matter came before the undersigned for hearing of defendant's motion for a protective order. Attorney Jill Telfer appeared on behalf of the plaintiff. Attorney Enedina Cardenas appeared on behalf of the defendant.

Upon consideration of the arguments on file and at the hearing, and for the reasons set forth on the record at the hearing, IT IS HEREBY ORDERED that defendant's September 23, 2016 motion for a protective order (ECF No. 88) is denied.

DATED: October 7, 2016             /s/ DEBORAH BARNES
                                   UNITED STATES MAGISTRATE JUDGE

DLB:6
DLB1\orders.civil\solis0686.oah.100716.ord

1